UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-23227-CIV-ALTONAGA/O'Sullivan

**ANDRES GOMEZ**,

    Plaintiff,
v.

**NAUTICA RETAIL USA, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On August 26, 2016, the Court entered an Order [ECF No. 17] requiring Plaintiff, Andres Gomez ("Plaintiff") to perfect service upon Defendant, Nautica Retail USA, Inc. ("Defendant") within 90 days of filing the Complaint, by October 24, 2016. Plaintiff has not complied with the Order, has not sought an extension of time within which to do so, and has not advised that a dismissal will result in a statute of limitations bar to re-filing. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk of Court is instructed to **CLOSE** this case, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 25th day of October, 2016.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**